**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | |
| LEON D. CHAMBERS | : | Bk. No.  19-14923-mdc |
|         Debtor | : | |
| | : | Chapter No.  13 |
| PNC BANK, N.A. | : | |
|         Movant | : | |
|         v. | : | |
| LEON D. CHAMBERS | : | |
|         Respondent | : | |
| | : | |

**NOTICE OF COVID-19 MORTGAGE FORBEARANCE AGREEMENT PURSUANT TO
LOCAL ORDER 20-3007**

The undersigned, Phelan Hallinan Diamond & Jones, LLP, are creditor's counsel in this matter.

1. Debtor currently has a mortgage with **PNC BANK, N.A**. The property address is 5113 WAYNE AVENUE, PHILADELPHIA, PA 19144, Loan # ending in 9440. A Proof of Claim has been filed on the claim register at #3. A written Notice of Payment Change/Forbearance is being filed on the claims docket pursuant to bankruptcy Rule 3002.1 (b) and Local Rule 20-3007.

2. The terms of the second forbearance are as follows: Regular monthly mortgage payments starting with the May 1, 2020 through October 31, 2020 are suspended. Payment of the escrow component of the regular monthly mortgage payments (shall also be suspended).

3. The Creditor advises that no fees will be assessed against the loan with regard to this Notice of Forbearance.

4. Prior to the expiration of the forbearance period, Debtor must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter into

      loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

5. Creditor, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. The payment post-petition amount due at the time of this forbearance is $1,153.20. The monthly payment amount changes on September 1, 2020 to $1,183.13 as notices in the Notice of Mortgage Payment Change previously filed July 28, 2020.

6. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

/s/ Mario J. Hanyon, Esquire<br>
Mario J. Hanyon, Esq., Id. No.203993<br>
Phelan Hallinan Diamond & Jones, LLP<br>
1617 JFK Boulevard, Suite 1400<br>
One Penn Center Plaza<br>
Philadelphia, PA 19103<br>
Phone Number: 215-563-7000 Ext 31340<br>
Fax Number: 215-568-7616<br>
Email: mario.hanyon@phelanhallinan.com

August 5, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| **LEON D. CHAMBERS** | : | **Bk. No. 19-14923-mdc** |
| Debtor | : | |
| | : | **Chapter No. 13** |
| **PNC BANK, N.A.** | : | |
| Movant | : | |
| v. | : | |
| **LEON D. CHAMBERS** | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Forbearance by electronic means on August 5, 2020.

JONATHAN KRINICK, ESQUIRE
1845 WALNUT STREET, 24TH FLOOR
PHILADELPHIA, PA 19103

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

LEON D. CHAMBERS
5113 WAYNE AVENUE
PHILADELPHIA, PA 19144

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

August 5, 2020