# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14923-MDC

LEON D. CHAMBERS

5113 WAYNE AVENUE

PHILADELPHIA, PA 19144-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LEON D. CHAMBERS

5113 WAYNE AVENUE

PHILADELPHIA, PA 19144-

Counsel for debtor(s), by electronic notice only.

JONATHAN KRINICK ESQ
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT ST, 24TH FLOOR
PHILA, PA 19103-

Date: 12/29/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee