**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :
                                        :
LEON D. CHAMBERS,                       :          Chapter 13
          Debtor(s)              :
                                        :          Bankr. No.  19-14923-mdc

                                                           **Hearing: 2/3/2022
                    11:00 AM
                    Bankruptcy Court
                    Courtroom 2
                    900 Market Street
                    Philadelphia, PA 19107**

## ORDER

AND NOW, this             day of                    , 2022, upon consideration of the Debtor's Motion To Modify Chapter 13 Plan it is hereby ORDERED that said Motion is GRANTED and Debtor's FIFTH AMENDED PLAN is approved by the Court.

                                                BY THE COURT:

                                               _____
                                               HON. MAGDELINE D. COLEMAN