UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Leon D. Chambers
       Bankruptcy No. 19-14923MDC
       Adversary No.
       Chapter        13

Date:   February 23, 2022

To:     Jonathan Krinick, Esq.

## NOTICE OF INACCURATE FILING

Re:  Proposed Order: Motion to Modify Plan Post Confirmation

The above pleading was filed in this office on **February 22, 2022**.  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and case number are missing
- (x)    Wrong PDF document attached
- ( )    PDF document not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- ( )    Other:

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** .  Otherwise, the matter will be referred to the Court.

       Timothy B. McGrath
       Clerk

       By:  **Paul A. Puskar**
       Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04