WILLIG, WILLIAMS & DAVIDSON
BY: JONATHAN KRINICK, ESQUIRE        Attorney for Debtor(s)
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | Bankruptcy No. 19-14923-mdc |
| LEON D. CHAMBERS, | : | |
| Debtor (s) | : | |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please mark as WITHDRAWN the document filed on the docket in this case as #99 and titled Modified Chapter 13 Plan Sixth Amended Plan.

                                                Respectfully submitted,

2/24/22                                          /s/ Jonathan Krinick
DATE                                              JONATHAN KRINICK, ESQUIRE
                                                     Counsel for Debtor