# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leon D. Chambers<br>    Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>    Movant<br>        vs.<br>Leon D. Chambers<br>    Debtor(s)<br><br>Kenneth E. West Esq.<br>    Trustee | CHAPTER 13<br><br>NO. 19-14923 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **January 21, 2022, docket number 95**.

                           Respectfully submitted,


                           /s/ Rebecca A. Solarz, Esq.
                           _____

                           Rebecca A. Solarz, Esquire
                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA  19106
                           Phone: (215)-627-1322

Dated: February 24, 2022