**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :
                                      :
LEON D. CHAMBERS,                     :       Chapter 13
       Debtor(s)              :
                                      :       Bankr. No. 19-14923-mdc

# **ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Debtor's Motion To Modify Chapter 13 Plan it is hereby ORDERED that said Motion is GRANTED and Debtor's SIXTH AMENDED PLAN is approved by the Court.

BY THE COURT:

HON. MAGDELINE D. COLEMAN

_____