WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**          **Attorney for Debtor**
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| LEON D. CHAMBERS, : | Chapter 13 |
| Debtor(s) : | |
| : | Bankr. No.  19-14923-mdc |

### **CERTIFICATE OF SERVICE**

I, Jonathan Krinick, Esquire, counsel for the Debtor, hereby certifies that a copy of the

Debtor's Sixth Amended Plan was served by regular mail this day to:

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
PO Box 1229
Philadelphia, PA 19105

City of Philadelphia Law Dept.
Tax Unit - Bankruptcy
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Credit Acceptance Corp.
25505 W. 12 Mile Road, Ste 3000
Southfield, MI 48034

PGW
800 W. Montgomery Avenue
Philadelphia, PA 19122
Attn: Bankruptcy Dept. 3F

PNC Bank
3232 Newmark Drive
Miamisburg, OH 45342

Rebecca A. Solarz, Esq.
KML Law Group, P.C.
701 Market Street #5000
Philadelphia, PA 19106

Portfolio Recovery Assoc.
140 Corporate Blvd
Norfolk, VA 23502

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Date: 2/24/22                                                           /s/ Jonathan Krinick
                                                                        JONATHAN KRINICK, ESQ.
                                                                        Counsel for the Debtor(s)