**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Chapter 13

LEON D. CHAMBERS

Debtor    Case No.: 19-14923

**CERTIFICATIION OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that as of the 7th day of March, 2022, there is no filed response or objection for the Motion to Modify Chapter 13 Plan under §1329(d) CARES Act, filed on behalf of the Debtor on January 5, 2022

Date: March 7, 2022

    BY:/s/ Ashley M. Sullivan
    ASHLEY M. SULLIVAN, EQUIRE
    SPEAR WILDERMAN, P.C.
    230 S. Broad Street, 14th Floor
    Philadelphia, PA  19102
    (215) 732-0101
    (215) 7342-7790 (fax)
    asullivan@spearwilderman.com
    Attorney for Debtor