# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Leon D. Chambers <br> _Debtor(s)_ | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION <br> _Secured Creditor_ <br> vs. | NO. 19-14923 MDC |
| Leon D. Chambers <br> _Debtor(s)_ | |
| Kenneth E. West Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Secured Creditor on the Debtor's residence is **$21,416.60,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 2020 at $1,153.20/month <br> September 2020 through August 2021 at $1,183.13/month <br> September 2021 through February 2022 at $1,193.43/month |
| Suspense Balance: | ($1,094.74) |
| **Total Post-Petition Arrears** | **$21,416.60** |

2. The Debtor(s) shall cure said arrearages in the following manner;

    a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$21,416.60**, which is to be paid by the Trustee through Debtor's Chapter 13 Plan to Secured Creditor.

3. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

4. The provisions of this stipulation do not constitute a waiver by the Secured Creditor of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date:   March 15, 2022          /s/ Rebecca A. Solarz, Esquire
                                Rebecca A. Solarz, Esquire
                                Attorney for Movant

Date: 3/17/22                   Ashley M. Sullivan, Esq.
                                Attorney for Debtor(s)
                                No Objection - Without Prejudice to Any
                                Trustee Rights or Remedies
        March 22, 2022          /s/ LeeAne O. Huggins
Date:_____        _____
                                Kenneth E. West, Esq.
                                Chapter 13 Trustee


Approved by the Court this _____ day of _____, 2022.  However, the court retains discretion regarding entry of any further order.


                                _____
                                Bankruptcy Judge
                                Magdeline D. Coleman