# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LEON D. CHAMBERS                           : CHAPTER 13

    Debtor                                       : NO. 19-14923

## ORDER

**AND NOW,** this 4th day of April 2022, this matter having been brought before the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN and a hearing having been held and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and the Debtor's Eighth Amended Chapter 13 Plan is approved by the court.

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge