**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Chapter 13

LEON D. CHAMBERS

Debtor      Case No.: 19-14923

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the 20th day of May, 2022, I did serve a copy of the Proposed Answer to Motion for Relief from the Automatic Stay on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Center
701 Market Street
Philadelphia, PA  19106

Date:   May 20, 2022

    BY:/s/ Ashley M. Sullivan
    ASHLEY M. SULLIVAN, EQUIRE
    SPEAR WILDERMAN, P.C.
    230 S. Broad Street, 14th Floor
    Philadelphia, PA  19102
    (215) 732-0101
    (215) 7342-7790 (fax)
    asullivan@spearwilderman.com
    Attorney for Debtor