**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

LEON D. CHAMBERS

Debtor                 Case No.:  19-14923

**CERTIFICATIION OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that as of the 22nd day of June, 2022, I have not received any response of objection for the Motion to Modify Chapter 13 Plan, filed on behalf of the Debtor on June 1, 2022.

Date: June 22, 2022

                BY:/s/ Ashley M. Sullivan
                  ASHLEY M. SULLIVAN, EQUIRE
                  SPEAR WILDERMAN, P.C.
                  230 S. Broad Street, 14th Floor
                  Philadelphia, PA  19102
                  (215) 732-0101
                  (215) 7342-7790 (fax)
                  asullivan@spearwilderman.com
                  Attorney for Debtor