**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

**LEON CHAMBERS**

                                       **Chapter 13**

**Debtor**                                      **Case No. 19-14923**

---

**ENTRY AND WITHDRAW OF APPEARANCE**

To the Clerk:

      Kindly enter my appearance on behalf of Leon Chambers in the above referenced Chapter 13 case.

                                                BY: /s/  Vladislav Kachka
                                                     VLADISLAV KACHKA, ESQUIRE
                                                     SPEAR WILDERMAN, P.C.
                                                     230 S. Broad Street, Ste. 1400
                                                     Philadelphia, PA  19102
                                                     (215) 732-0101
                                                     (215) 732-7790
                                                     vkachka@spearwilderman.com


      Kindly withdraw my appearance on behalf of Leon Chambers in the above referenced Chapter 13 case.

                                                     BY:/s/ Ashley M. Sullivan
                                                     ASHLEY M. SULLIVAN, ESQUIRE
                                                     SPEAR WILDERMAN, P.C.
                                                     230 S. Broad Street, Ste. 1400
                                                     Philadelphia, PA  19102
                                                     (215) 732-0101
                                                     (215) 732-7790
                                                     asullivan@spearwilderman. com