# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                        Bankruptcy No. 19-14923-MDC

LEON D. CHAMBERS

5113 WAYNE AVENUE

PHILADELPHIA, PA 19144-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LEON D. CHAMBERS

    5113 WAYNE AVENUE

    PHILADELPHIA, PA 19144-

Counsel for debtor(s), by electronic notice only.

    ASHLEY M. SULLIVAN, ESQUIRE
    SPEAR WILDERMAN, P.C.
    230 S. BROAD STREET, STE 1400
    PHILADELPHIA, PA 19102-

                                  /S/ Kenneth E. West

Date: 10/12/2022                     _____

                                  Kenneth E. West, Esquire
                                  Chapter 13 Standing Trustee