United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-14923-mdc

Leon D. Chambers                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

**Recip ID**        **Recipient Name and Address**
db                  +  Leon D. Chambers, 5113 Wayne Avenue, Philadelphia, PA 19144-3580

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022               Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pnc Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pnc Bank  National Association bkgroup@kmllawgroup.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PNC Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0313-2

Date Rcvd: Oct 27, 2022

User: admin

Form ID: pdf900

Page 2 of 2

Total Noticed: 1

ROBERT J. DAVIDOW

on behalf of Creditor Pnc Bank  National Association robert.davidow@phelanhallinan.com

THOMAS SONG

on behalf of Creditor Pnc Bank  National Association tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor PNC Bank  NA tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

VLADISLAV KACHKA

on behalf of Debtor Leon D. Chambers vkachka@spearwilderman.com  hbanks@spearwilderman.com

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Leon D. Chambers <br> <u>Debtor(s)</u> | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION <br> <u>Movant</u> <br> vs. | NO. 19-14923 MDC |
| Leon D. Chambers <br> <u>Debtor(s)</u> | |
| Kenneth E. West Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$5,805.24 ,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 2022 and August 2022 at $1,193.43/month; <br> September 2022 and October 2022 at $1,203.33 /month |
| Suspense Balance: | ($26.28) |
| Fees & Costs Relating to Motion: | $1,038.00 |
| **Total Post-Petition Arrears** | **$5,805.24** |

2.    The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on  November 2022 and continuing through June 2023, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,203.33** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$645.03 for November 2022 through May 2023 and $645.00 for June 2023**  towards the arrearages on or before the last day of each month at the address below;

PNC Bank, National Association
3232 Newmark Drive
Miamisburg, OH 45342

b).    Maintenance of current monthly mortgage payments to the Movant

thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies

of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the

account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to

the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the

default in writing and the Debtors may cure said default within FIFTEEN (15) days of the

date of said notice.  If Debtor(s) should fail to cure the default within fifteen (15) days, the

Movant may file a Certification of Default with the Court and the Court shall enter an Order

granting the Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.    If the case is converted to Chapter 7, the Movant shall file a Certification of

Default with the court and the court shall enter an order granting the Movant relief from the

automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this

agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by the Movant of

its right to seek reimbursement of any amounts not included in this stipulation, including

fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original

signature.

Date:   October 11, 2022

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney for Movant

Date: _____   Oct. 17, 2022

*/s/ Vlad Kachka*
_____
Vladislav Kachka, Esquire
Attorney for Debtor(s)

No Objection

Date: _____   October 24, 2022

/s/ LeeAne O. Huggins
_____
Kenneth E. West, Esquire
Chapter 13 Trustee

Approved by the Court this __26th__ day of _____ October ___ 2022.  However, the
court retains discretion regarding entry of any further order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge