# IN THE UNITED STATES BANKRUPTY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

          Chapter 13

LEON D. CHAMBERS

Debtor           Case No.: 19-14923-mdc

## PRAECIPE TO WITHDRAW

To the Clerk:

    Kindly withdraw the Motion to Modify Chapter 13 Plan Post-Confirmation, filed on behalf of the Debtor on June 1, 2022

BY:   */s/ Vlad Kachka*
       VLAD KACHKA, ESQUIRE
       PA ID 326318
       Spear Wilderman, PC
       230 S. Broad Street, Ste. 1400
       Philadelphia, PA 19102
       vkachka@spearwilderman.com
       215-220-3295
       Attorney for Debtor

Dated: November 4, 2022