**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

**In Re:**

**LEON CHAMBERS**

                                          **Chapter 13**

**Debtor**                                 **Case No. 19-14923**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

      Kindly withdraw my appearance on behalf of Leon Chambers in the above referenced Chapter 13 case.

                                            BY: /s/ Vladislav Kachka
                                                VLADISLAV KACHKA, ESQUIRE
                                                SPEAR WILDERMAN, P.C.
                                                230 S. Broad Street, Ste. 1400
                                                Philadelphia, PA 19102
                                                (215) 732-0101
                                                (215) 732-7790
                                                vkachka@spearwilderman.com

      Kindly enter my appearance on behalf of Leon Chambers in the above referenced Chapter 13 case.

                                            BY:/s/ Akeem J. Parsons
                                                AKEEM J. PARSONS, ESQUIRE
                                                SPEAR WILDERMAN, P.C.
                                                230 S. Broad Street, Ste. 1400
                                                Philadelphia, PA 19102
                                                (215) 732-0101
                                                (215) 732-7790
                                                aparsons@spearwilderman. com