**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: LEON D. CHAMBERS  : CHAPTER 13

Debtor  : NO. 19-14923-MDC

**ORDER**

**AND NOW,** this          day of                    2023, this matter having been brought before

the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN POST-

CONFIRMATION, and a hearing having been held in the matter on                    , and for

good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted,

and Debtor's Chapter 13 Plan is modified to provide for payments in the amount of $1,185.00

per month, for 43 months, beginning March 2023.

MAGDELINE D. COLEMAN
J.