## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISCTRICT OF PENNSYLVANIA

In Re:  Leon D. Chambers                                   Chapter 13


   Debtor                                                  Case No. : 19-14923-mdc

_____


### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE


Leon D. Chambers, has filed a Motion to Modify chapter 13 Plan Post-Confirmation with the court.

1. **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion,** or if you want the court to consider your views on the Motion, then on or before March 19, 2023 , **you or your attorney must file a response to the Motion** (*see instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **April 6, 2023   in Courtroom 2, at 11:00, a.m. United States Bankruptcy Court, 900 Market Street, Ste. 400., Philadelphia, PA  19107.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for the Philadelphia cases at (215)408-2800 and for the Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

7. **If you are required to file documents electronically by local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

> Clerk, United States Bankruptcy Court
> 900 Market Street, Ste. 400
> Philadelphia, PA 19107

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Akeem J. Parsons
> Spear Wilderman, PC
> 230 S. Broad Street, Ste. 1400
> Philadelphia, PA 19102
> (215) 732-0101
> (215) 732-7790
> aparsons@spearwilderman.com

Date: February 28, 2023