**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Chapter 13

LEON D. CHAMBERS

Debtor      Case No.: 19-14923

**CERTIFICATIION OF NO RESPONSE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that as of the 20th day of March, 2023, I have not received any response of objection for the Motion to Modify Chapter 13 Plan, filed on behalf of the Debtor on February 28, 2023

Date: March 20, 2023

    BY:/s/ Ashley M. Sullivan
    AKEEM J. PARSONS, EQUIRE
    SPEAR WILDERMAN, P.C.
    230 S. Broad Street, 14th Floor
    Philadelphia, PA  19102
    (215) 732-0101
    (215) 7342-7790 (fax)
    aparsons@spearwilderman.com
    Attorney for Debtor