**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

LEON D. CHAMBERS

Debtor                         Case No.: 19-14923

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 28th day of June, 2023, I did serve a copy of the Debtor's Ninth Chapter 13 Plan (Corrected) on the following individuals via regular mail and/or electronic notice as follows:

**Electronic Notice**

KENNETH E. WEST
ecfemails@ph13trustee.com,  philaecf@gmail.com

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

DENISE ELIZABETH CARLON on behalf of Creditor   Pnc Bank, National Association
bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW on behalf of Creditor   Pnc Bank, National Association
robert.davidow@phelanhallinan.com

JOSHUA  DOMER on behalf of Creditor   CITY OF PHILADELPHIA
joshua.domer@phila.gov,  Edelyne.Jean-Baptiste@Phila.gov

MARIO J. HANYON on behalf of Creditor   PNC Bank, NA
wbecf@brockandscott.com,  mario.hanyon@brockandscott.com

BRIAN CRAIG NICHOLAS on behalf of Creditor   Pnc Bank, National Association
bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com

THOMAS  SONG on behalf of Creditor   Pnc Bank, National Association
tomysong0@gmail.com

**Notice via Regular Mail**

N/A0

Date:   June 28, 2023

                                      BY:/s/ Akeem J. Parsons
                                            AKEEM J. PARSONS, EQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, 14th Floor
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 7342-7790 (fax)
                                            aparsons@spearwilderman.com
                                            Attorney for Debtor