**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

        Chapter 13

LEON D. CHAMBERS

Debtor         Case No.:  19-14923-MDC

**DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT OF PNC BANK, NA**

Debtor, Leon D. Chambers (hereafter "Debtor") responds to the Certification of Default of PNC Bank, NA, as follows:

   Denied.  Debtor has sufficient funds to cure any current post-petition delinquency.

WHEREFORE, Debtor respectfully requests an Order denying PNC Bank Relief from the Automatic Stay.

        Respectfully submitted,

Date: 8/8/23

        BY:  /s/ Akeem J. Parsons, Esquire
           AKEEM J. PARSONS, EQUIRE
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, 14th Floor
           Philadelphia, PA  19102
           (215) 732-0101
           (215) 7342-7790 (fax)
           aparsons@spearwilderman.com
           Attorney for Debtor