United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-14923-mdc

Leon D. Chambers                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leon D. Chambers, 5113 Wayne Avenue, Philadelphia, PA 19144-3580 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023                          Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

**Name**              **Email Address**

AKEEM J. PARSONS
    on behalf of Debtor Leon D. Chambers akeemparsonsesq@gmail.com  aparsons@spearwilderman.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PNC Bank  NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Pnc Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Pnc Bank  National Association bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor PNC Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 09, 2023 | Form ID: 167 | Total Noticed: 1

MARK A. CRONIN
    on behalf of Creditor Pnc Bank  National Association bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

ROBERT J. DAVIDOW
    on behalf of Creditor Pnc Bank  National Association robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor PNC Bank  NA tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Pnc Bank  National Association tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leon D. Chambers
  Debtor(s)  Case No: 19−14923−mdc
  Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Pnc Bank, National Association

on: 9/5/23

at: 10:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  8/9/23

Timothy B. McGrath
Clerk of Court

188 − 186
Form 167