# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LEON D. CHAMBERS          : CHAPTER 13

    Debtor                              : NO. 19-14923-MDC

## **ORDER**

**AND NOW,** this 23rd day of August 2023, this matter having been brought before the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION, and a hearing having been held in the matter on June 29, 2023, and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and Debtor's Chapter 13 Plan is modified to provide for payments in the amount of $1,235.00 per month, for the remaining 39 months of the plan

*/s/ Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge