United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14923-mdc |
| Leon D. Chambers | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leon D. Chambers, 5113 Wayne Avenue, Philadelphia, PA 19144-3580 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 14, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Leon D. Chambers akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pnc Bank National Association bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PNC Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor PNC Bank NA bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Pnc Bank National Association bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT J. DAVIDOW
    on behalf of Creditor Pnc Bank  National Association robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Pnc Bank  National Association tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor PNC Bank  NA tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Leon D. Chambers<br>Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>Movant<br>vs. | NO. 19-14923 MDC |
| Leon D. Chambers<br>Debtor(s) | |
| Kenneth E. West Esq.<br>Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. As of January 26, 2024, the post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$15,893.18.** Post-petition funds received after January 26, 2024, will be applied per the terms of this stipulation as outlined here. The arrearage breaks down as follows;

Post-Petition Payments: May 2023 through August 2023 at $1,203.33/month; September 2023 through January 2024 at $1,751.41/month;
Stipulated payments: April 2023 through June 2023 at $645.03; July 2023 at $645.00
Suspense Balance:         ($557.28)
Fees & Costs Relating to Default: $300.00
**Total Post-Petition Arrears     $15,893.18**

2. Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on February 2024 and continuing through July 2024, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,751.41** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$2,648.87 for February 2024 through June 2024 and $2,648.83 for July 2024** towards the arrearages on or before the last day of each month at the address below;

PNC Bank, National Association
3232 Newmark Drive
Miamisburg, OH 45342

        b).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: February 7, 2024

/s/ Mark A. Cronin, Esquire
Mark A. Cronin, Esquire
Attorney for Movant

Date: 3/4/24

AKEEM J. PARSONS
Attorney for Debtor(s)

No Objection

Date: March 8, 2024

/s/ LeeAne O. Huggins

Kenneth E. West, Esquire
Chapter 13 Trustee

Approved by the Court this 11th day of March, 2024. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Magdeline D. Coleman