## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Chapter 13

LEON D. CHAMBERS

Debtor

Case No.: 19-14923-MDC

### DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT OF PNC BANK, NA

Debtor, Leon D. Chambers (hereafter "Debtor") responds to the Certification of Default of PNC Bank, NA, as follows:

Denied. Debtor has sufficient funds to cure any current post-petition delinquency.

WHEREFORE, Debtor respectfully requests an Order denying PNC Bank Relief from the Automatic Stay

Date: June 13, 2024

BY:/s/ Akeem J. Parsons, Esquire
AKEEM J. PARSONS, ESQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Suite 1650
Philadelphia, PA  19102
(215) 732-0101
(215) 732-7790 (fax)
aparsons@spearwilderman.com
Attorney for Debtor