*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leon D. Chambers
    Debtor(s)

Case No: 19–14923–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Pnc Bank, National Association filed by Debtor Leon D. Chambers

on: 7/18/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 6/14/24

Timothy B. McGrath
Clerk of Court