United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14923-amc |
| Leon D. Chambers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

**Recip ID        Recipient Name and Address**
db            + Leon D. Chambers, 5113 Wayne Avenue, Philadelphia, PA 19144-3580

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

**Name                      Email Address**

AKEEM J. PARSONS
                   on behalf of Debtor Leon D. Chambers akeemparsonsesq@gmail.com aparsons@spearwilderman.com

DENISE ELIZABETH CARLON
                   on behalf of Creditor PNC Bank NA bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                   on behalf of Creditor Pnc Bank National Association bkgroup@kmllawgroup.com

KENNETH E. WEST
                   ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
                   on behalf of Creditor PNC Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
                   on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 14, 2024 | Form ID: 167 | Total Noticed: 1 |

ROBERT J. DAVIDOW
    on behalf of Creditor Pnc Bank National Association robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Pnc Bank National Association tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor PNC Bank NA tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leon D. Chambers
    Debtor(s)           Case No: 19−14923−amc
         Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Pnc Bank, National Association filed by Debtor Leon D. Chambers

    on: 7/18/24

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

                              For The Court

Date: 6/14/24                    Timothy B. McGrath
                                     Clerk of Court