# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

LEON D. CHAMBERS                                    Chapter 13

Debtor                                              Case No. 19-14923

---

## PRAECIPE TO WITHDRAW

To the Clerk:

    Kindly withdraw the Objection to Certification of Default filed on behalf of the Debtor on June 14, 2024

                                     BY:/s/ Akeem J. Parsons
                                         AKEEM J. PARSONS
                                         SPEAR WILDERMAN, P.C.
                                         230 S. Broad Street, Ste. 1650
                                         Philadelphia, PA  19102
                                         (215) 732-0101
                                         (215) 732-7790
                                         aparsons@spearwilderman. com