United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leon D. Chambers  
    Debtor

Case No. 19-14923-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 18, 2025      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leon D. Chambers, 5113 Wayne Avenue, Philadelphia, PA 19144-3580 |
| 14385120 | + | Betty J. Chambers, 1510 W. Glenwood Ave, Philadelphia, PA 19132-2209 |
| 14465903 | + | City of Philadelphia and/or, Water Revenue Bureau, c/o Joshua Domer, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |
| 14385123 | + | Natasha Chambers, 5110 Wayne Avenue, Philadelphia, PA 19144-3581 |
| 14373580 | + | PNC Bank, National Association, c/o ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14561644 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14368739 | + | Phelan Hallinan, 1617 JFK Blvd, Ste 1400, Philadelphia, PA 19103-1814 |
| 14372168 | | Pnc Bank, National Association, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14413987 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14461205 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14385121 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia Law Dept., Tax Unit - Bankruptcy, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14369155 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 19 2025 03:33:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14385122 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 19 2025 03:33:00 | Credit Acceptance Corp., 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| 14385124 | | ^ MEBN | | |

Case 19-14923-amc   Doc 220   Filed 02/20/25   Entered 02/21/25 00:42:16   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 19 2025 03:31:03 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14384695 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2025 03:33:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14368738 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2025 03:33:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14561583 | ^ MEBN | Feb 19 2025 03:31:08 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14385126 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:09 | Portfolio Recovery Assoc., 140 Corporate Blvd, Norfolk, VA 23502 |
| 14376077 | ^ MEBN | Feb 19 2025 03:31:00 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14385125 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Leon D. Chambers aparsons@spearwilderman.com aparsons@spearwilderman.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pnc Bank National Association bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank NA bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PNC Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 18, 2025 Form ID: pdf900 Total Noticed: 22

ROBERT J. DAVIDOW
    on behalf of Creditor Pnc Bank National Association robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Pnc Bank National Association tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor PNC Bank NA tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    LEON D. CHAMBERS<br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 19-14923-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 14, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge